# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Auto-Owners Insurance Company, as subrogee of Van Hook Holdings, LLC, | )<br>)<br>) |
| Plaintiff, | ) **ORDER RE ADMISSION**<br>) **PRO HAC VICE** |
| vs. | )<br>) |
| Pinnt Roofing & Construction, Inc., Total Develpment Corproation, and Cities Edge, LLC, | )<br>)<br>) |
| | ) Case No. 1-17-cv-176 |
| Defendants. | ) |

Before the court is a motion for attorney Justin H. Lessner to appear *pro hac vice* on Defendant Cities Edge, LLC's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Lessner has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Lessner has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 10) is **GRANTED**. Attorney Lessner is admitted to practice before this court in the above-entitled action on behalf of Cities Edge, LLC.

**IT IS SO ORDERED.**

Dated this 5th day of September, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge